JUDGE GRIESA  ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA  :  SEALED
                          :  INDICTMENT
        - v. -            :
                          :  07 Cr. ____
VICKIE WRIGHT,            :
                          :
        Defendant.        :   07 CRIM.   0239
- - - - - - - - - - - - - - - - - -x

COUNT ONE

The Grand Jury charges:

From in or about December 2000, through in or about November 2006, in the Southern District of New York and elsewhere, VICKIE WRIGHT, the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to her own use, money and things of value of the United States and a department and agency thereof, to wit, the United States Department of Housing and Urban Development, and did receive, conceal, and retain the same with intent to convert it to her own use and gain, knowing it to have been embezzled, stolen, purloined and converted, the value of which exceeded $1,000, to wit, WRIGHT received approximately $51,582.00 in federal housing subsidies, to which she was not entitled, through fraud and deceit.

(Title 18, United States Code, Section 641.)

_____          _____
FOREPERSON                        MICHAEL J. GARCIA
                                  United States Attorney

3/28/07 (18)

Indictment filed.
Ordered under seal.
      Freeman, USMJ