UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          :

        -v-          :          ORDER

VICKIE WRIGHT,          :          07 Cr. 239 (TPG)

        Defendants.          :

- - - - - - - - - - - - - - - - - -X

Upon the application of the UNITED STATES, by and through Assistant United States Attorney John P. Cronan, and with the consent of VICKIE WRIGHT, by and through Steven M. Statsinger, Esq., it is hereby ORDERED that the pretrial conference is continued from June 7, 2007, until August 23, 2007.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the parties to engage in discussions concerning a possible disposition of this case, and further it will permit VICKIE WRIGHT and her counsel, Steven M. Statsinger, Esq., to review the discovery material and determine whether VICKIE WRIGHT wishes to make motions.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/07

Accordingly, it is further ORDERED that the time between June 7, 2007, and August 23, 2007 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice.

Dated:  New York, New York
        June 8 , 2007


THE HONORABLE THOMAS P. GRIESA
UNITED STATES DISTRICT JUDGE