**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

June 4, 2007

**BY HAND DELIVERY**

Hon. Thomas P. Greisa
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007


RECEIVED JUN 5 2007 CHAMBERS OF JUDGE GRIESA

    Re: **United States v. Vickie Wright**
        No. 07 Cr. 289 (TPG)
        **Request for Adjournment, on Consent**

Dear Judge Greisa:

    I am writing to respectfully request that the next conference in this case, currently scheduled for Thursday, June 7, 2007, be adjourned for 30 days. I make this request because I recently filed a request for a deferred prosecution, and that request is currently under consideration by the United States Attorney's Office.

    I have spoken with Assistant United States Attorney John Cronan, who consents to the requested modification. In addition, the defense consents to an exclusion of speedy trial time until the adjourned date.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/07

Respectfully submitted,

*[signature]*
STEVEN M. STATSINGER
Assistant Federal Defender
(212) 417-8736

cc: AUSA John Cronan

*Approved.*
*Thomas P. Griesa*
*USDJ 6/6/07*