# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

_____SOUTHERN_____ District of _____NEW YORK_____

UNITED STATES OF AMERICA

- v -

VICKIE WRIGHT,            Defendant.

Docket Number _____**07 CR. 239 (TPG)**_____

HONORABLE THOMAS P. GRIESA
_____(District Court Judge)_____

Notice is hereby given that **the defendant VICKIE WRIGHT**
appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [✔] : order [___] : other [___] : _____
(specify)

entered in this action on _____12/03/07_____ .
(date)

Offense occurred after November 1, 1987    Yes [✔]    No [___]

The appeal concerns:    conviction only [___] :    sentence only [✔] :    conviction and sentence [___] .

Date: **DECEMBER 4, 2007**

TO:
JOHN P. CRONAN, ESQ.
AUSA
ONE ST. ANDREW'S PLAZA
NEW YORK, NY 10007

VICKIE WRIGHT
2070 SEWARD AVE., APT. 12H
BRONX, NY 10473

ADD ADDTIONAL PAGE IF NECESSARY

_____Barry Leiwant, Esq._____
(Counsel for Appellant)

Address: _Federal Defenders of New York, Inc._

_____52 Duane Street - 10th Flor_____

_____New York NY 10007_____

Telephone Number (212) 417-8700

**(TO BE COMPLETED BY ATTORNEY)**                     TRANSCRIPT INFORMATION - FORM B

## ➤QUESTIONNAIRE

[✔] I am ordering a transcript
[___] I am not ordering a transcript
Reason:
[___] Daily copy is available
[___] U.S. Attorney has placed order
[___] Other. Attach explanation

## ➤TRANSCRIPT ORDER ➤

Prepare transcript of
[✔] Pre-trial proceedings
[✔] Trial
[✔] Sentence
[___] Post-trial proceedings

## DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE).

Dates

8/23/07

12/3/07

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript.
(FRAP 10(b)) ➤ Method of payment [___] Funds [___] CJA Form 24

ATTORNEY'S signature    STEVEN M. STATSINGER, ESQ.

DATE    12/4/2007

## ➤ COURT REPORTER ACKNOWLEDGMENT

To be completed by Court Reporter and forward to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
|  |  |  |

Date _____    Signature _____
(Court Reporter)