```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,              :
                                             07 Cr. 239 (TPG)
         - against -                   :
                                                ORDER
VICKIE WRIGHT,                         :

                    Defendant.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07

On December 3, 2007 the court sentenced defendant to a three-year term of probation, to include six months of home confinement.

It appears that defendant wishes to appeal from the requirement of home confinement, and defense counsel has requested a stay of the home confinement pending the outcome of the appeal.

The application for a stay is denied. There appears to be no basis for the appeal, and therefore no basis for a delay in having the sentence carried out.

SO ORDERED.

Dated:     New York, New York
             December 21, 2007

                            _____
                                  THOMAS P. GRIESA
                                        U.S.D.J.