SDNY/NYNY

07-CR-239
Griesa

# MANDATE

ORIGINAL

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

————————————————————————x

UNITED STATES OF AMERICA,                    :

                              Appellee,      :          S T I P U L A T I O N

        -against-                            :

**VICKIE WRIGHT,**                           :          No. 07-5499-cr

                                             :

                        Defendant-Appellant. :

————————————————————————x

   It is hereby stipulated by and between the parties and with

the approval of VICKIE WRIGHT that the above-captioned appeal is

withdrawn.

Dated:  New York, New York
        March 31, 2008

                    FILED
                  APR 1 8 2008
           UNITED STATES COURT OF APPEALS
              Catherine O'Hagan Wolfe, Clerk
                  SECOND CIRCUIT

        By: _____
            VICKIE WRIGHT


        By: _____
            BARRY D. LEIWANT, ESQ.
            Federal Defenders of New York, Inc.
                   Appeals Bureau
            52 Duane Street, 10th Floor
            New York, New York 10007
            Tel. No.: (212) 417-8744


        By: _____
            JOHN P. CRONAN, ESQ.
            Asst. U.S. Attorney/SDNY
            One St. Andrew's Plaza
            New York, New York 10007
            Tel. No. (212) 637-2779

**SO ORDERED:**

FOR THE COURT:
CATHERINE O'HAGAN WOLFE,
By: _____
_____     Joy Fallek, Administrative Attorney
    Date

RECEIVED
2008 APR -1 PM 4:38
CLERKS OFFICE
U.S. COURT OF APPEALS

Certified 4-18-08

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____ DEPUTY CLERK

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

ORIGINAL

-------------------------------------------x

UNITED STATES OF AMERICA,          :

                          Appellee,   :          S T I P U L A T I O N

   -against-                        :          No. 07-5499-cr

**VICKIE WRIGHT,**                      :

         Defendant-Appellant.    :

-------------------------------------------x

It is hereby stipulated by and between the parties and with the approval of VICKIE WRIGHT that the above-captioned appeal is withdrawn.

Dated:  New York, New York
       March 31, 2008

UNITED STATES COURT OF APPEALS
FILED
APR 18 2008
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

By: _____
    VICKIE WRIGHT

By: _____
    BARRY D. LEIWANT, ESQ.
    Federal Defenders of New York, Inc.
    Appeals Bureau
    52 Duane Street, 10th Floor
    New York, New York 10007
    Tel. No.: (212) 417-8744

By: _____ /by BDL
    JOHN P. CRONAN, ESQ.
    Asst. U.S. Attorney/SDNY
    One St. Andrew's Plaza
    New York, New York 10007
    Tel. No. (212) 637-2779

RECEIVED
2008 APR -1  PM 4:38
CLERK'S OFFICE
U.S. COURT OF APPEALS

**SO ORDERED:**

FOR THE COURT:
CATHERINE O'HAGAN WOLFE,
By: _Joy Fallek_

_____
Date

Joy Fallek, Administrative Attorney